# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JUAN CRUZ MEXIA,

    Petitioner

v.

PAMELA BONDI, et al.,

    Respondents

Case No.: 2:26-cv-01431-APG-BNW

**Order Dismissing Case**

Given that the petitioner has been removed from the United States (ECF No. 10),

I HEREBY ORDER that this case is dismissed as moot. The Clerk of Court is directed to close this file.

DATED this 15th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE